Caroline Janzen, OSB #176233
caroline@ruggedlaw.com
Paul Janzen, OSB #176240
paul@ruggedlaw.com
Rugged Law, Inc.
5201 SW Westgate Drive,
Bldg. B, Ste. 300
Portland, Oregon 97221
503-520-9900
Of Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MANDI RAE LUMLEY, an individual, and, TIKKUN OLAM HOLDINGS, a limited liability company,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION; PETE R. FLORES, Acting Commissioner for U.S. Customs and Border Protection; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary of the Department of Homeland Security; DONALD J. TRUMP, President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; and the UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 25-2003<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Page 1 – **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Rugged Law, Inc.
5201 SW Westgate Drive, Bldg. B, Ste. 300
Portland, Oregon 97221
503-520-9900

COME NOW, Plaintiffs, and hereby file this Notice of Voluntary Dismissal Without Prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i).

DATED this 20th day of November, 2025.

        RUGGED LAW, INC.

        /s/ *Caroline Janzen*
        Caroline Janzen, OSB #176233
        caroline@ruggedlaw.com
        Paul Janzen, OSB #176240
        paul@ruggedlaw.com
        Of Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing pleading on all counsel of record on the date set forth below via the Court's CM/ECF filing system.

DATED this 20th day of November, 2025.

        Respectfully submitted:

        /s/ *Caroline Janzen*
        Caroline Janzen, OSB #176233
        caroline@ruggedlaw.com
        503-520-9900
        Attorney for Plaintiff

Page 2 – **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**Rugged Law, Inc.**
5201 SW Westgate Drive, Bldg. B, Ste. 300
Portland, Oregon 97221
503-520-9900